ALEXANDER C. LA MOUTTE, Appellant, *v.* TITLE GUAR-
ANTY AND SURETY COMPANY, Respondent.

ALEXANDER C. LA MOUNT, Appellant, *v.* JANE FRANCKE,
Respondent.

*La Moutte* v. *Title Guaranty & Surety Co.*, 165 App. Div. 573,
affirmed.

*La Moutte* v. *Francke*, 177 App. Div. 933, affirmed.

(Argued October 17, 1917; decided November 2, 1917.)

APPEAL in first above-entitled action from a judg-
ment of the Appellate Division of the Supreme Court in
the third judicial department, entered January 19, 1915,
affirming a judgment in favor of defendant entered upon
a dismissal of the complaint by the court at a Trial Term
without a jury. Appeal in second above-entitled action
from a judgment of the Appellate Division of the Supreme
Court in the second judicial department, entered March
28, 1917, affirming a judgment in favor of defendant
entered upon a dismissal of the complaint by the court
at a Trial Term without a jury. Plaintiff and defendant
Jane Francke were husband and wife, having two children
of their marriage. A decree of separation had been made
by the Supreme Court in New York county on March 30,
1908, by which the custody of the children was awarded
to the wife. Subsequently, on July 27, 1911, the parties
were divorced by a judgment entered in the District Court
of Idaho. Thereafter the individual defendant married
and assumed her present name. On July 8, 1911, plaintiff
and defendant Mrs. Francke, desiring to change the situ-
ation in relation to the custody of their two children,
entered into two agreements designated by them respec-
tively " Contract A " and " Contract B," delivered to
each other bonds for $5,000 for the faithful performance of
the agreements on their parts, respectively, and stipulated
for and procured an amendment of the decree of March
30, 1908, so as to provide for an equal division of the
custody of the two children, in conformity with the
provisions of " Contract A " and " Contract B." The

actions are brought on the bond, and the breach of the contract relied upon by plaintiff is the conceded fact that in the summer of 1912 defendant Mrs. Francke took the two children upon a trip to Europe, being absent from the state about fifteen weeks, without notice, " Contract B " prohibiting either party from taking the children from the state of New York and " Contract A " providing for notice of any change of residence.

*Charles A. Brodek* for appellant.

*Harvey D. Hinman* for respondents.

Judgment in each case affirmed, with costs; no opinion.
Concur: HISCOCK, Ch. J., COLLIN, CUDDEBACK, CARDOZO, POUND, CRANE and ANDREWS, JJ.